**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOSEPH YECHONG CHEN,

      Plaintiff,                               CASE NO. 07-14702
                                               HON. LAWRENCE P. ZATKOFF

v.

ORIGEN FINANCIAL, LLC, a
foreign limited liability company,

      Defendant.
_____/

## ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment [dkt #7]. Upon reviewing the parties' papers and the nature of their respective arguments, as well as the legal issues presented in this case, the Court finds that Defendant's motion is premature. The Court held its scheduling conference on February 22, 2008, at which time the parties requested four months for discovery. Ordinarily, summary judgment should not be granted before the parties have had an adequate time for discovery. *Abercrombie & Fitch Stores, Inc. v. Am. Eagle Outfitters, Inc.*, 280 F.3d 619, 627 (6th Cir. 2002). Accordingly, Defendant's Motion is DENIED without prejudice and may be renewed upon the completion of sufficient discovery to develop the factual issues in this case.

      IT IS SO ORDERED.

                                                                      s/Lawrence P. Zatkoff
                                                                      LAWRENCE P. ZATKOFF
                                                                      UNITED STATES DISTRICT JUDGE

Dated: March 13, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 13, 2008.

                                          s/Marie E. Verlinde  
                                          Case Manager  
                                          (810) 984-3290